FILED

02/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0330

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0330

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

BRADLEY MEFFORD,

      Defendant and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Friday, April 8, 2022, at 10:30 a.m. in the Strand Union Building, Ballroom A on the campus of Montana State University, Bozeman, Montana, with an introduction to the oral argument beginning at 10:00 a.m.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellant and thirty (30) minutes for the Appellee.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Court will not entertain any motions to reschedule.

The Clerk of this Court is directed to provide a copy of this Order to all counsel of record, to Acting Dean Cathay Y. N. Smith, Alexander Blewett III School of Law, University of Montana, to Professor Anthony Johnstone, Alexander Blewett III School of Law, University of Montana, to James W. Stordahl, Court Administrator of the Eighteenth Judicial District, to Anne Tremper, Pre-Law Advisor, Montana State University, to John Mudd, Executive Director, State Bar of Montana, and to the Honorable Kurt Krueger, District Judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 2 2022